AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>KIMBERLY GASKINS<br>*Defendant* | )<br>)  Case No. 1:16-mj-745<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **KIMBERLY GASKINS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Possession of Firearms by a Previously Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1).

Date: 10/21/16

*Issuing officer's signature*

City and state: Indianapolis, Indiana

Debra McVicker Lynch, United States Magistrate
*Printed name and title*

### Return

This warrant was received on *(date)* 10/21/16, and the person was arrested on *(date)* 10/20/16
at *(city and state)* Indianapolis, IN

Date: 10/24/16

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: KIMBERLY GASKINS

Known aliases: Kimberly Kleber

Last known residence: Marion County Jail, 40 S Alabama Street, Indianapolis, IN 46204

Prior addresses to which defendant/offender may still have ties: 1549 Kappes Street, Indianapolis, IN 46221

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: July 3, 1972

Social Security number: 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

Height:                                   Weight:

Sex: Female                               Race: White

Hair:                                     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: FBI/8825 Nelson B. Klein Parkway, Indianapolis, IN 46250

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: