**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KIMBERLY GASKINS aka )<br>KIMBERLY KLEBER )<br>Defendant. ) | 1:16-mj-00745-DML-1 |

**DEFENDANT'S WAIVER OF DETENTION HEARING**

Comes now the defendant and, having been advised by counsel of his right to a detention hearing, now waives said detention hearing, pursuant 18 U.S.C.' 3142(f)(2)

Further, the defendant understands that he will be detained until time of trial.

_/s/ Kimberly Gaskins_
KIMBERLY GASKINS
Defendant

10-25-16
Date

_/s/_
Counsel for Defendant
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

Distribution to all registered counsel by electronic notification via CM/ECF